C. Brian Kornbrek
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Avenue
Roseland, NJ 07068
(973) 535-1600 (tel.)
(973-535-1698 (fax)
*Attorneys for Plaintiffs Ramada Worldwide Inc., and*
*Wyndham Worldwide Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMADA WORLDWIDE INC. and WYNDHAM WORLDWIDE CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>BALAJEE INVESTMENTS, INC. and NAGIN J. PATEL,<br><br>Defendants. | Civil Action No. 07-cv-08303<br><br>**FEDERAL RULE 7.1**<br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiffs hereby certifies that Wyndham Worldwide Corporation ("WWC") is a publicly traded corporation. It is further certified that WWC indirectly owns Ramada Worldwide Inc.

GREENBAUM, ROWE, SMITH & DAVIS LLP

_____
C. Brian Kornbrek
75 Livingston Avenue
Roseland, New Jersey 07068
(963) 535-1600 (tel.)
(963) 535-1698 (fax)

Date: September 10, 2007                *Attorneys for Plaintiffs*

1

942240.01