C. Brian Kornbrek
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Avenue
Roseland, NJ 07068
(973) 535-1600 (tel.)
(973-535-1698 (fax)
*Attorneys for Plaintiffs Ramada Worldwide Inc., and
Wyndham Worldwide Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMADA WORLDWIDE INC. and WYNDHAM WORLDWIDE CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>BALAJEE INVESTMENTS, INC. and NAGIN J. PATEL,<br>Defendants. | Civil Action No. 07-cv-08303<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Ramada Worldwide Inc. and Wyndham Worldwide Corporation hereby dismiss this action in its entirety without prejudice and without costs or attorneys' fees as against any party.

                          GREENBAUM, ROWE, SMITH & DAVIS LLP
                          Attorneys for Plaintiffs, Ramada Worldwide Inc.
                          And Wyndham Worldwide Corporation

                          BY _____
                                  C. BRIAN KORNBREK

DATED: 11-8-07